```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02740
   VICTORIA A PLATT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6426

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 02/16/2007 and was not confirmed.

     The case was dismissed without confirmation 07/12/2007.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
-------------------------------------------------------------------------
RONS AUTO GROUP            SECURED VEHIC      500.00            .00            93.80
CITY OF CHICAGO PARKING    UNSECURED         3750.00            .00              .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00              .00
MB FINANCIAL               UNSECURED        NOT FILED           .00              .00
PALISADES COLLECTIONS IN   UNSECURED        NOT FILED           .00              .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED           .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED           67.77            .00              .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          115.66            .00              .00
ASSET ACCEPTANCE LLC       UNSECURED          734.37            .00              .00
TIMOTHY K LIOU             DEBTOR ATTY      2,959.20                             .00
TOM VAUGHN                 TRUSTEE                                              6.20
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  100.00

PRIORITY                                            .00
SECURED                                           93.80
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                               6.20
DEBTOR REFUND                                       .00
                       ---------------     ---------------
TOTALS                   100.00                  100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                    PAGE   2
        CASE NO. 07 B 02740 VICTORIA A PLATT